*Amended*

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO. 14-03779

Debtor: Petrece M Gower         SS# xxx-xx-7836         Median Income ☐ Above ☒ Below
Address: 2717 Glenn Street Jackson, MS 39204-0000

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.

## PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ __86.00__ per bi-weekly to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: $186.33 monthly

Intermountain Management, LLc
2390 Tower Drive
Monroe, LA 71020

## PRIORITY CREDITORS.

Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:          $ 0.00          @ 0.00    /month
Mississippi Dept. of Revenue:      $ 0.00          @ 0.00    /month

## DOMESTIC SUPPORT OBLIGATION DUE TO:
-NONE-

POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid ____ direct, ____ through payroll deduction, or ____ through the plan.

-NONE-

PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning
To be paid ____ Direct ____ through payroll deduction ____ through the plan.

## HOME MORTGAGES.
All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO: -NONE-          BEGINNING ____ @$ ____    PLAN DIRECT
MTG ARREARS TO: -NONE-       THROUGH ____ $ ____ @$ ____ /MO*
(*Including interest at %)

## MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:
Creditor: -NONE-          Approx. amt. due: ____          Int. Rate: ____
Property Address: ____    Are related taxes and/or insurance escrowed    Yes    No

## NON-MORTGAGE SECURED CLAIMS.
Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Central MS Credit Corp** | 2006 Nissan Altima (910 Auto) | X | 6,000.00 | 5,200.00 | 5.00% | Amt. Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

Debtor's Initials __PG__    Joint Debtor's Initials ____

**\* Amended \***

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Chrysler Capital | 2014 Chrysler 200 (910 auto; Abandon) | 29,000.00 | Abandon; treat as all other timely filed unsecured creditors. |
| Consumer Financial | Vaccuum | 2,000.00 | Abandon; treat as all other timely filed unsecured creditors. |
| Tower Loan of MS | HHG (Goods stolen from residence) | 1,187.00 | Abandon; treat as all other timely filed unsecured creditors. |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| Fedloan Servicing | 53,390.00 | Unknown | Deferred; not attempting to discharge |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: -NONE-

**GENERAL UNSECURED DEBTS** totaling approximately $ 7,419.00 . Such claims must be timely filed and not disallowed to receive payment as follows: ___ IN FULL (100%) or 0 % (percent) MINIMUM, or a total distribution of $___, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ 3,200.00
Attorney Fees Previously Paid $ 0.00
Attorney fees to be paid in plan $ 3,200.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent (NEED)

Telephone/Fax

Attorney for Debtor (Name/Address/Phone # / Email)
William W. Stover, Jr.
511 East Pearl Street
Jackson, MS 39201

Telephone/Fax  601-949-5000
Facsimile No.  601-510-9089
E-mail Address  wes.stover@sgtlawfirm.com;
johngadow@yahoo.com;
btyler@pgtlaw.com

DATE: **March 26, 2015**    DEBTOR'S SIGNATURE  /s/ Petrece M Gower
ATTORNEY'S SIGNATURE  /s/ William W. Stover, Jr.